and detainment and by ordering a new trial on the issue of damages only in the case of Lewis Bersani unless he stipulates within 20 days of service of a copy of the order of this Court to reduce the verdict to $227,777 for use of excessive force and assault. (Appeals from Order of Supreme Court, Onondaga County, Hayes, J.—Set Aside Jury Verdict.) Present—Callahan, J. P., Green, Fallon and Davis, JJ.

■ SANDRA J. CONSTABLE, Individually and as Conservator for ROBERT CONSTABLE, Appellant, v ANDREW M. MATIE, Defendant, and WEST SENECA FORD, INC., Respondent. (Appeal No. 1.) [608 NYS2d 133] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Set Aside Verdict.) Present—Green, J. P., Balio, Fallon and Davis, JJ.

■ SANDRA J. CONSTABLE, Individually and as Conservator for ROBERT CONSTABLE, Respondent, v ANDREW M. MATIE, Appellant, and WEST SENECA FORD, INC., Respondent. (Appeal No. 2.) [608 NYS2d 133] —Order reversed on the law without costs, motion granted and new trial granted. Same Memorandum as in *Constable v Matie* ([appeal No. 3] 199 AD2d 1004 [decided herewith]). All concur except Balio, J., who dissents in part in same Dissenting Memorandum as in *Constable v Matie* ([appeal No. 3] 199 AD2d 1004 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Set Aside Verdict.) Present—Green, J. P., Balio, Fallon and Davis, JJ.

■ SANDRA J. CONSTABLE, Individually and as Conservator for ROBERT CONSTABLE, Appellant, v ANDREW M. MATIE, Defendant, and West Seneca Ford, Inc., Respondent. (Appeal No. 3.) [608 NYS2d 10] —Judgment reversed on the law without costs and new trial granted. Memorandum: On October 9, 1986, a vehicle driven by Robert Constable collided with a 1977 Buick Regal driven by defendant Andrew M. Matie. Plaintiff commenced this action to recover damages for injuries sustained by Robert in the accident. One of the central issues at trial was whether the Buick Regal was owned by Matie or defendant West Seneca Ford, Inc. Shortly before the accident, Matie had arranged to purchase the Buick from West Seneca Ford. The position of plaintiff and Matie was that the transfer of ownership had not been completed at the time of the accident. The jury found, however, that the vehicle